```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-35-PB

**David Garcia**

### O R D E R

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to schedule a plea hearing on the negotiated plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial from June 3, 2008 to July 8, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

```
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
```

May 30, 2008

```
cc:  James Dennehy, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal
```